**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**FRANKLIN SUTTON**
    Plaintiff

v.  No. 5:04CV-233-J

**JO ANNE B. BARNHART**
    Commissioner of Social Security
    Defendant

**ORDER OF REMAND**

The court has conducted a <u>de novo</u> review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is this matter is REMANDED to the Commissioner for calculation and payment of past-due Title II and/or Title XVI benefits based upon the Commissioner's prior final decision of lack of disability on or about October 9, 2001 (AR, pp. 35 and 64), the plaintiff's present applications filed on October 18, 2002, and his alleged onset of disability on August 6, 2000.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.